UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF B & R TOWING, INC., AS OWNER AND/OR OPERATOR OF THE M/V MISS KIM IN A CAUSE OF ACTION FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NUMBER: <br><br> SECTION: " " <br> JUDGE <br><br> MAGISTRATE: (  ) |

COMPLAINT

The Complaint of B & R Towing, Inc. (hereinafter "B&R") in a cause of action for

exoneration from or limitation of liability, civil and maritime, with respect represents upon

information and belief:

I.

This is a case of admiralty and maritime jurisdiction within the purview of 46 U.S.C. §

30501, et seq., Rule 9(h) of the Federal Rules of Civil Procedure and Rule F of the Supplemental

Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

II.

At all times material hereto, Complainant, B&R, was, and now is, a corporation

organized and existing under and by virtue of the laws of the State of Louisiana with its principal

place of business in the Parish of Ascension, State of Louisiana and was, and now is, the owner

and operator of the M/V MISS KIM, a documented, all welded steel inland rivers pushboat of the

United States, bearing Official Number 630262 and measuring 60.8 feet in length.

1

III.

At all times material hereto, the M/V MISS KIM was tight, staunch, strong, fully and properly manned, equipped and supplied, and was in all respects seaworthy and fit for the service in which she was engaged.

IV.

The M/V MISS KIM is now and will be during the pendency of this cause, afloat in the inland waters of the State of Louisiana and within the territorial limits of this Honorable Court.

V.

Venue is proper in the United States District Court for the Middle District of Louisiana pursuant to Rule F(9) of the Supplemental Rules of Certain Admiralty and Maritime Claims.

VI.

On July 12, 2012, the M/V MISS KIM and her crew, employed by B&R, were standing by at Trinity Shipyard in Madisonville, Louisiana. On that date and while located at Trinity Shipyard, Hoythe Savoie, who is employed as a crewmember aboard the MISS KIM, experienced symptoms associated with a bacterial infection that arose from an infectious bacteria entering his body on an earlier occasion through a break in his skin. Given Hoythe Savoie's symptoms, B&R immediately evacuated Mr. Savoie from the MISS KIM and transported Mr. Savoie to a healthcare provider for medical attention.

VII.

Notwithstanding B&R's actions, Hoythe Savoie has made B&R a defendant in a related action pending in the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, entitled: "Hoythe Savoie vs. ABC Insurance Company and B & R Towing, Inc.," bearing Civil

Action No. 105-540, Division "B", on the docket of said Court.  The Middle District of

Louisiana encompasses the State Court in which the claim was filed.

VIII.

Hoythe Savoie's illness and any alleged resulting damages were not caused or

contributed to by any fault, neglect, negligence, or lack of due care on the part of B&R, the M/V

MISS KIM, her masters, officers, crewmembers, or any others for whom B&R may be

responsible, or by any unseaworthiness of the M/V MISS KIM.

IX.

Complainant, B&R, denies that B&R or the M/V MISS KIM, or any persons or property

for whom they may be responsible are liable to any extent in the premises for any

physical/mental conditions, damages, losses and/or injuries, and in that regard, Complainant,

B&R, desires to claim exoneration from liability of all claims, damages, losses and injuries

which may have been done, occasioned or incurred by any reasons of the matters aforesaid.

X.

In the alternative and without admitting liability, Complainant, B&R, avers that in the

event B&R or the M/V MISS KIM should be held responsible to any persons or parties by

reasons of the matters aforesaid, Complainant, B&R, and the M/V MISS KIM claim the benefit

of Limitation of Liability as provided for in § 30501 through § 30512 of Title 46 of the United

States Code and all laws supplementary thereto and amendatory thereof.

XI.

All of the alleged losses, damages, injuries and consequences resulting from Hoythe

Savoie's illness were done, occasioned and incurred without fault on the part of the Complainant,

B&R, and without Complainant's privity or knowledge.

XII.

In connection with the foregoing, the party known to have potential claims at this time is:

(1)     Hoythe Savoie
        Through his attorneys
        R. Brent Cueria, Esq.
        700 Camp Street, Suite 316
        New Orleans, LA  70130
        and
        Louis R. Koerner, Jr., Esq.
        P. O. Box 4297
        Houma, LA  70361-4297

XIII.

Complainant, B&R, avers that at the termination of the voyage to Trinity Shipyard located in Madisonville, Louisiana, the market value of the M/V MISS KIM and the value of Complainant's interest in said vessel, did not exceed the sum of SEVEN HUNDRED FORTY THOUSAND AND NO/100THS ($740,000.00) DOLLARS.  Further, Complainant avers there was no freight pending on said voyage.

XIV.

Complainant has filed contemporaneously herewith an Ad Interim Stipulation in appropriate form with an approved corporate surety for the payment into Court for the amount of Complainant's interest in the M/V MISS KIM and her pending freight at the close of the voyage aforesaid, together with interest at the rate provided by law from the date of said Stipulation and for costs; in addition, Complainant is prepared to give a bond or stipulation for any amount in excess of the Ad Interim Stipulation as may be ascertained and determined to be necessary under Orders of this Court, as provided by the laws of the United States and the Federal Rules of Civil Procedure.

XV.

This Complaint is filed within six (6) months of receipt of a claim in writing.

XVI.

All and singular the premises are true and correct and within the admiralty and maritime jurisdiction of this Honorable Court pursuant to Rule 9(h) of the Federal Rules of Civil Procedure and Rule F of the Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

WHEREFORE, Complainant, B & R Towing Inc., prays

(1)     That this Honorable Court will issue an Order approving the Ad Interim Stipulation and the corporate surety filed by the Complainant in the form of a Letter of Undertaking, for the payment into Court of the amount alleged by Complainant to be the value of Complainant's interest in the M/V MISS KIM at the termination of the aforesaid voyage, and its pending freight, whenever the same shall be ordered by the Court, with interest as provided by law from the date of said Stipulation, pending appraisement by the Court of the amount of Complainant's interest in said vessel and its pending freight;

(2)     That upon the filing of the Stipulation hereinabove described, the Court shall issue a notice to all persons, firms, and corporations, asserting a claim for any and all losses, damages, injuries or destruction with respect to which Complainant seeks exoneration from or limitation of liability admonishing them to appear and file their respective claims with the Clerk of Court and serve on the attorney for the Complainant a copy thereof on or before the date specified in the notice; or be forever barred and permanently enjoined from making and filing any such claims, and also answer under oath all and singular the premises of this Complaint;

(3)     That upon the filing of the Stipulation hereinabove described, the Court shall issue an injunction restraining the commencement or prosecution of any action or proceeding of any kind against the Complainant, B & R Towing, Inc., the M/V MISS KIM, and its crew, their respective underwriters and insurers or any other property of B & R Towing, Inc., except in this action, to recover damages as a result of bodily injury, damage to property or other loss or damage resulting from the casualty/illness described in the Complaint;

(4)     That this Court adjudge and decree that Complainant and the M/V MISS KIM are not liable to any extent whatsoever for any physical/mental conditions, losses, damages, injuries or destructions or for any claims whatsoever done, occasioned or incurred as a result of the matters and happenings referred to in this Complaint;

(5)    Or, in the alternative, if this Court should adjudge that Complainant is liable in any amount whatsoever, that said liability be limited to the value of the Complainant's interest in the M/V MISS KIM and her pending freight and may be divided pro-rata among such claimants;

(6)    That a judgment be entered discharging Complainant and the said vessel of and from any and all further liability and forever enjoining and prohibiting the filing and prosecution of any claims against Complainant or its property in consequence of or in connection with the matters and happenings referred to in this Complaint; and

(7)    That Complainant may have such further general and equitable relief which Complainant may be entitled to receive.

Respectfully submitted, this 4th day of January, 2013.

HELM LAW FIRM, L.L.C.

Michael G. Helm /s/

BY:_____

MICHAEL G. HELM (18946)
P.O. Box 4207
Covington, LA 70434-4207
Tel: (985) 867-8667
Fax: (985) 867-8217
Firm Email: mhelm@helmlawfirm.com

MORAIN & MURPHY, L.L.C.

Greg Murphy /s/

BY:_____

GREG MURPHY (19260)
6717 Perkins Road
Baton Rouge, LA 70808
Telephone: (225) 767-7151
Fax: (225) 767-8995
Firm Email:

Attorneys for Complainant, B & R Towing, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 4th day of January, 2013.

*Michael G. Helm/s/*

_____

MICHAEL G. HELM

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF B & R TOWING, INC., AS OWNER AND/OR OPERATOR OF THE M/V MISS KIM IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | * <br><br> * <br><br> * <br><br> * <br><br> * | CIVIL ACTION <br><br> NUMBER: <br><br> SECTION : "   " <br> JUDGE <br><br><br> MAGISTRATE: (  ) |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ST. TAMMANY


BEFORE ME, the undersigned authority, personally came and appeared:

### MICHAEL G. HELM

Who, after being duly sworn, deposed and stated:

1.  That he is the sole member of Helm Law Firm, L.L.C., attorney for Complainant, B & R Towing Inc.;

2.  That he has read the above and foregoing Complaint;

3.  That all of the allegations and facts contained therein are true and correct to the best of his knowledge, information and belief.

MICHAEL G. HELM

SWORN AND SUBSCRIBED
BEFORE ME, NOTARY THIS
4th DAY OF Jan , 2013.

NOTARY PUBLIC

# 81996                                         8